# COMPLAINT FORM
(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE **Northern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

**Adam C. Gates**

Vs

(Full name of defendant(s))

**IDOC**
**Westville Correctional Facility**

Case Number: **1:22CV023**
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **LaPorte County**, and is located at **5501 S 1100 W. Westville, IN 46391**
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Westville Correctional Facility** (Name)

Complaint – 1

Is (if a person or private corporation) a citizen of  La Porte County, Indiana
(State, if known)

And (if a person) resides at _____
(Address, if known)

And (if the defendant harmed you while doing the defendant's job)

Worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I am Filing this claim on IDOC at Westville Correctional Facility, For violating my 8th Admendment on or About April 9th 2020 I was in general population when I Suffered from a server injuries to my right Arm. I was immediatly seen By the Local Hospital due to the sererity of the injuries By Dr.

Complaint – 2

Ryan. He stated my arm was a bag of bones and the worst he's ever seen! After being sent back to westvilles infirmary I later got a serious infection due to negligence, that caused me to be seen by Dr. Hoyar at Indiana university Hospital. Due to negligence I suffered far more problems than there should have been that caused the infection to be scrabed from my bone. I now rest this claim on the facts stated on my 8th Admendment was violated by Westville Correctionak Facility.

C.     JURISDICTION

☒ I am suing for a violation of federal law under U.S.C. § 1331.

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking compensation of $500,000.00 for my suffering and pain.

Complaint – 4

E. **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 12 day of January 2022.

Respectfully Submitted,

_____
Signature of Plaintiff

279383
Plaintiff's Prisoner ID Number

1242 N. Antler dr.
Warsaw, IN 46580
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5